Gary A. YOUNG, Petitioner,

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 06–3107.

United States Court of Appeals, Federal Circuit.

Jan. 26, 2006.

Gary A. Young, pro se.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**GENES INDUSTRY, INC.,**
**Plaintiff–Appellee,**

v.

**ADVANCED COMPONENTS SPECIALIST, INC., De-fendant–Appellant.**

No. 06–1039.

United States Court of Appeals, Federal Circuit.

Jan. 27, 2006.

ON MOTION

*ORDER*

Upon consideration of the parties' joint motion to dismiss this appeal, from the judgment of the United States District Court for the Central District of California in district court case no. 04–408,*

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

---

* The parties also move to dismiss Genes Industry, Inc.'s appeal. That appeal has not yet been docketed. When the Court of Appeals for the Ninth Circuit transmits that appeal to this court and that appeal is docketed, the parties should jointly move to dismiss that additional appeal. Further, we note that the parties request that the appeals be dismissed with prejudice. It is not the general practice of the court to designate a dismissal as being with or without prejudice.